IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-315-MOC-DCK  *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DEVIN SOLOW, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal The Information" (Document No. 4) filed January 20, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that the necessity for keeping the "Bill Of Information" (Document No. 3) sealed no longer exists, and requests that the Court unseal the Bill Of Information and any related documents in this matter. (Document No. 4).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal The Information" (Document No. 4) is **GRANTED**.

Signed: January 20, 2023

David C. Keesler
United States Magistrate Judge